# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GINA GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF VETERANS, COUNTY OF CALAVERAS, AMERICAN RED CROSS, and DOES 1 to 25,<br><br>    Defendants. | Case No. 1:16-CV-01804-DAD-EPG<br><br>**ORDER TERMINATING DEFENDANT AMERICAN RED CROSS** |

On May 24, 2017, the parties filed a stipulation dismissing Defendant American National Red Cross from this case with prejudice, with each side to bear its own costs and attorney fees. Plaintiff and Defendant American Red Cross have agreed to the stipulation. Pursuant to the stipulation, all claims of Plaintiff Gina Gonzales against Defendant American National Red Cross, have been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is DIRECTED to terminate American National Red Cross (sued as American Red Cross) as a defendant in this case.

IT IS SO ORDERED.

Dated: **May 25, 2017**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

84746671v1　　　　　　　　-1-