# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA GONZALES,<br><br>　　　　Plaintiff<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF VETERANS; COUNTY OF CALAVERAS,<br><br>　　　　Defendants. | Case No. 1:16-cv-01804-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 11) |

On July 31, 2017, Plaintiff Gina Gonzales filed a notice of dismissal dismissing the remaining defendants in this case. (ECF No. 11.) Defendants California Department of Veterans and County of Calaveras have not filed an answer or motion for summary judgment. In light of Plaintiff's notice, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　Dated:　**August 1, 2017**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1